UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HOWARD,<br><br>        Petitioner,<br><br>   v.<br><br>M ATCHLEY,<br><br>        Respondent. | Case No. 20-cv-06475-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.  The Clerk shall enter judgment in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  11/12/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge